**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-065-PMP (PAL) |
| ) | |
| NARSHA ANTHONY RILES, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on July 21, 2010, defendant NARSHA ANTHONY RILES pled guilty to Count One of a One-Count Criminal Indictment charging him with Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds defendant NARSHA ANTHONY RILES agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant NARSHA ANTHONY RILES pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.:

    a.    a Taurus, Model 85, .38 caliber revolver, serial number XC69439, and

    b.    any and all ammunition.

1 This Court finds the United States of America is now entitled to, and should, reduce the
2 aforementioned property to the possession of the United States of America.

3 NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4 United States of America should seize the aforementioned property.

5 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6 NARSHA ANTHONY RILES in the aforementioned property is forfeited and is vested in the United
7 States of America and shall be safely held by the United States of America until further order of the
8 Court.

9 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13 the name and contact information for the government attorney to be served with the petition, pursuant
14 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19 following address at the time of filing:

20        DANIEL D. HOLLINGSWORTH
         Assistant United States Attorney
21        MICHAEL A. HUMPHREYS
         Assistant United States Attorney
22        Lloyd D. George United States Courthouse
         333 Las Vegas Boulevard South, Suite 5000
23        Las Vegas, Nevada 89101.

24 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
25 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
26 . . .

following publication of notice of seizure and intent to administratively forfeit the above-described asset.

DATED this __ 28th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on July 27, 2010 by the below identified method of service:

E-mail/ECF
Paul Riddle
Federal Public Defender
411 E. Sonneville, Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@fd.org
*Counsel for Narsha Anthony Riles*

          /s/ HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk