FILED

OCT 1? 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-065-PMP (PAL)<br>) |
| NARSHA ANTHONY RILES, | )<br>) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On July 28, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853, based upon the plea of guilty by defendant NARSHA ANTHONY RILES to a criminal offense, forfeiting specific property alleged in The indictment and shown by the United States to have a requisite nexus to the offense to which defendant NARSHA ANTHONY RILES pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 30, 2010 through August 28, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a Taurus, Model 85, .38 caliber revolver, serial number XC69439; and

    b.    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE